IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIENZI WINE IMPORTS, LLC, <br> 19-34 38th Street <br> Astoria, NY 11105 <br><br> Plaintiff, <br><br> v. <br><br> VALLEY FORGE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 10-5002 |

FILED
OCT 13 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION AND ORDER TO TRANSFER VENUE

Pursuant to 28 U.S.C. §1404, the Parties hereby file this Stipulation to Transfer Venue to the United States District Court for the Eastern District of New York.

Plaintiff's Complaint was filed on September 23, 2010 and identified Valley Forge Insurance Company as a defendant. (See Docket No. 1). Valley Forge Insurance Company is the only defendant in the case. On September 28, 2010, Valley Forge Insurance Company accepted service of the complaint. (See Docket No. 2). On October 5, 2010, Plaintiff agreed to stipulate to the transfer of the action to the Eastern District of New York.

BOCHETTO & LENTZ, P.C.

_/s/ Gavin P. Lentz_
Gavin P. Lentz, Esq.
Albert P. Belmont, III, Esq.
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
(215) 735-2455 – Facsimile
Counsel for Plaintiff, Rienzi Wine Imports, LLC

COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW

_/s/ Edward M. Napierkowski_
Edward M. Napierkowski (PA50463)
1249 South River Road – Suite 300A
P.O. Box 2002
Cranbury, New Jersey 08512
(609) 395-5500
(609) 495-8881 – Facsimile
Attorney for Defendant, Valley Forge Insurance Company

## ORDER

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, the Clerk of this Court is ORDERED to transfer this matter in its entirety to the United States District Court for the Eastern District of New York.

Dated: October 13, 2010

Judge Mitchell S. Goldberg
United States District Court Judge